THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Tyrone Pearson, Petitioner
v.
State of South Carolina, Respondent
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2007-UP-047
Submitted January 2, 2007  Filed January 26, 2007

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia; Tyrone Pearson, of Sumter, for Appellant.
Attorney General Henry Dargan McMaster, Chirf Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Christopher L. Newton, Office of the Attorney General, all of Columbia,; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM: Tyrone Pearson appeals the dismissal of his Petition for Writ of Habeas Corpus.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Pearsons appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.